IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
OCT 0 4 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 1:22CR00143 SNLJ/ ACL |
| v. ) | No. |
| ERIC W. HAGER, ) | 18 U.S.C. § 111 (a)(1) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about September 17, 2022, in Carter County, within the Southeastern Division of the Eastern District of Missouri,

**ERIC W. HAGER,**

the defendant herein, voluntarily and intentionally used force to assault, resist, oppose, impede, intimidate, and interfere with National Park Service Law Enforcement Ranger Daniel Newberry, a federal law enforcement officer engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111 (a)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
UNITED STATES ATTORNEY

_____
CHRISTOPHER C. SHELTON, #71169MO
ASSISTANT UNITED STATES ATTORNEY